# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| SCOTT M. BURLEY, individually and on behalf of all similarly-situated persons, | )<br>)<br>) |
| Plaintiffs, | ) Case No. 3:18-cv-00059<br>)<br>) CHIEF JUDGE CRENSHAW<br>) MAGISTRATE JUDGE HOLMES |
| v. | )<br>) COLLECTIVE ACTION COMPLAINT |
| MID-SOUTH MACHINE and MAINTENANCE, INC., and RICKY BUTLER AND DONNA BUTLER, Individually | )<br>)<br>)<br>)<br>) FOR VIOLATION OF THE FAIR<br>) LABOR STANDARDS ACT OF 1938 |
| Defendants. | ) |

## AGREED ORDER OF DISMISSAL

It appearing that the parties have fully resolved their disputes and have jointly moved this Court to dismiss this case, the claims of Plaintiff Scott M. Burley are hereby dismissed with prejudice as to Defendants. In addition, the Counterclaims filed by Defendants which were previously dismissed without prejudice are hereby dismissed with prejudice.

IT IS SO ORDERED,

_____
Honorable Waverly D. Crenshaw, Jr.
United States District Judge

AGREED AND APPROVED:

DICKINSON WRIGHT PLLC

By: */s/ Peter F. Klett III*
Peter F. Klett III, No. 012688
Joshua L. Burgener, No. 029077
R. Cameron Caldwell, No. 029084
424 Church Street, Suite 800
Nashville, TN 37219-2392
(615) 244-6538 phone
(615) 256-8386 fax
pklett@dickinson-wright.com
jburgener@dickinson-wright.com
ccaldwell@dickinson-wright.com

HOWELL LAW, PLLC

/s/ Trevor Howell
Trevor Howell, No. 009496
Customs House
701 Broadway, Suite 401
Box 17
Nashville, TN 37203
(615) 244-4994 phone
thowell@gsrm.com

*Attorneys for Plaintiff*

ORTALE KELLEY LAW FIRM

*/s/ Elaine S. Youngblood*
Elaine S. Youngblood, No. 005731
Kobina P. Ankumah, No. 034124
330 Commerce St., Suite 110
Nashville, TN 37201
(615) 780-7518 phone
Eyoungblood@ortalekelley.com

*Attorneys for Defendants*

I hereby certify on this 13th day of August, 2018, a true and exact copy of the foregoing has been served on the following individuals consenting to electronic service by operation of the Court's electronic filing system:

Elaine S. Youngblood, No. 005731
Kobina P. Ankumah, No. 034124
ORTALE KELLEY LAW FIRM
330 Commerce St., Suite 110
Nashville, TN 37201
(615) 780-7518 phone
Eyoungblood@ortalekelley.com

*/s/ Peter F. Klett III*
Peter F. Klett III

NASHVILLE 77860-1 648655v1